THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ROCCO TAURISANO, Appellant.

Argued May 22, 1947; decided July 2, 1947.

*Willard R. Pratt* and *Rocco Taurisano,* in person, for Rocco Taurisano, appellant.

*Earle C. Bastow, District Attorney,* for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.